ORIGINAL

AO 243 (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Southern District of Florida | |
|---|---|---|
| Name of Movant Jeremy Bender | Prisoner No. 53437-004 | Case No. 98-8169-CR-HURLEY |
| Place of Confinement FCI Talladega – Talladega, Alabama | 03CV81071 | |

Hurley / PAW

UNITED STATES OF AMERICA V. Jeremy Bender (name under which convicted)

CIV - HURLEY

MAGISTRATE JUDGE WHITE

03-8107

MOTION

1. Name and location of court which entered the judgment of conviction under attack United States District Court For The Southern District Of Florida - West Palm Beach, FL

2. Date of judgment of conviction November 3, 2000

3. Length of sentence 168 months

4. Nature of offense involved (all counts) Counts One and Two: Transport or ship a visual depiction of a minor engaged in sexually explicit conduct in interstate commerce. Count Three: posses images that visually depict minors engaged in sexually explicit conduct. All counts computer related.

5. What was your plea? (Check one)
   - (a) Not guilty ☑
   - (b) Guilty ☐
   - (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   - (a) Jury ☑
   - (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☑ No ☐

FILED by [signature] D.C.
NOV 21 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court United States Appeals Court Southern District of Florida

(b) Result Convictions and Sentence Affirmed

(c) Date of result [illegible] 2002, May, [illegible]

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☑ No ☐

11. If your answer to 10 was "yes," give the following information:

(a)(1) Name of court United States Supreme Court

(2) Nature of proceeding Writ of Certiorari

(3) Grounds raised [illegible]

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☑

(5) Result Convictions and Sentence Affirmed

(6) Date of result November [illegible], 2002

(b) As to any second petition, application or motion give the same information:

(1) Name of court N/A

(2) Nature of proceeding N/A

(3) Grounds raised N/A

AO 243 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☑

(5) Result N/A

(6) Date of result N/A

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc. Yes ☐ No ☑
(2) Second petition, etc. Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

N/A

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: Delaying my arraignment [illegible] denied me my right to a fair trial.

Supporting FACTS (state *briefly* without citing cases or law) My arraignment was purposefully delayed so the prosecution could gain a [illegible] advantage. The delay prevented me from obtaining all of the AOL business records I needed to prove my innocence. ([illegible]) (See [illegible])

B. Ground two: I was charged and convicted of possessing materials I [illegible]

Supporting FACTS (state *briefly* without citing cases or law): [illegible] on the Mac hard drive and the [illegible] I had a documented alibi for the [illegible] the evidence was never shown to my jury.

C. Ground three: Court order to [illegible] evidence was not [illegible] resulting in unprepared defense at trial.

Supporting FACTS (state *briefly* without citing cases or law): Court ordered [illegible] hours for the defense [illegible] computer [illegible] and the defendant to inspect the physical evidence. At trial the defendant had an attorney and computer expert that had not inspected the physical evidence.

AO 243 (Rev. 5/85)

D. Ground four: Chain of Custody: 1) AOL documents 2) The physical evidence

Supporting FACTS (state *briefly* without citing cases or law): 1) AOL documents were allowed to be introduced and presented to at my trial without a custodian of records that prepared or accumulated them. [illegible]

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: [illegible]

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing [illegible]

(b) At arraignment and plea Robin Rosen Evans, Public Defender

(c) At trial Kevin Anderson, Court appointed, Harvey Building
224 Datura Street Suite 51?

(d) At sentencing Kevin Anderson

E. Ground Five: I [illegible] in order to provide new evidence to the court that counts 1 and 2 of my [illegible] [illegible] Nancy [illegible] [illegible] [illegible] to testify as a custodian of AOL records that Kilbourne [illegible] did not exist on AOL network in 1998 and those the "Bitch Point" did not exist on AOL network in 1998 and those the received e mail on AOL. This proving the [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] I am serving 14 years in [illegible] [illegible] [illegible] present [illegible] [illegible] [illegible] do not [illegible]

F Ground Six: [illegible] was obtained by use of evidence gained [illegible] [illegible] seizure. The [illegible] agent [illegible] [illegible] [illegible] [illegible] the court 2 pieces of paper [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] internal [illegible] (from [illegible] [illegible]) [illegible] [illegible] This means [illegible] [illegible] recklessly these documents are not authentic [illegible] [illegible] the search warrant [illegible] false information [illegible]

G Ground [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] I was [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] I would have [illegible] [illegible] [illegible] [illegible] the AOL [illegible] supporting my defense.

H Ground eight: Concerning issues [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] my [illegible] was [illegible] from the [illegible] computer. It was [illegible] to [illegible] that the defendant was not responsible for this conduct [illegible] it was then [illegible] and reversed. [illegible] this evidence part of the record also unfairly caused prejudice to my appeal process.

I Ground nine: Denial of effective assistance of Counsel. Had I been provided effective assistance of counsel my verdicts would have been different at trial. All of the Grounds I raise in my Complaint should be reviewed for the violation of my Constitutional right to effective assistance of Counsel. These [illegible] [illegible] of my [illegible] [illegible] [illegible] [illegible] for my counsel's [illegible] [illegible].

AO 243 (Rev. 5/85)

Court appointed

(e) On appeal Richard L. Rosenbaum 350 East Las Olas Boulevard Suite 1700, Las Olas Center, Fort Lauderdale, Fl 33301

(f) In any post-conviction proceeding

(g) On appeal from any adverse ruling in a post-conviction proceeding

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future: N/A

(b) Give date and length of the above sentence: N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

11/17/03
(date)

Jeremy Bender
Signature of Movant